USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5·11·21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS GRANT,

        Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

        Defendants.

21-cv-1376 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The parties should submit a Rule 26(f) report by May 21, 2021.

SO ORDERED.

Dated:    New York, New York
           May 10, 2021

                                      John G. Koeltl
                                United States District Judge