UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS GRANT,

               Plaintiff,        21 cv 1376 (JGK)

    - against -             ORDER

CITY OF NEW YORK, ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

The conference scheduled for June 3, 2021 is canceled. The parties should advise the Court of the status of the case within 7 days of completion of the procedures required by Local Civil Rule 83.10.

    SO ORDERED.

Dated:    New York, New York
          June 2, 2021

                                      John G. Koeltl
                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-21