UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS GRANT,

                Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

                Defendants.

21-cv-1376 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties should submit a Rule 26(f) report by 1/14/22.

SO ORDERED.

Dated:    New York, New York
          December 21, 2021

                                      John G. Koeltl
                               United States District Judge