UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS GRANT,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

21-cv-1376 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **February 3, 2022** at **4:00 p.m.**

SO ORDERED.

Dated:    New York, New York
          January 27, 2022

                                        John G. Koeltl
                                     United States District Judge